UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **2:24-cv--04999-CBM-MAA**                               Date: **September 18, 2025**

Title     **Roderick Washington v. Alex Villanueva, et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff/Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why This Court Should Not Recommend Dismissal

Plaintiff/Petitioner is ordered to show cause, in writing, no later than **October 19, 2025**, why this action should not be dismissed for lack of prosecution, due to the following:

- ☐  1. Plaintiff's failure to serve the summons and complaint.
- ☐  2. Plaintiff's/Petitioner's failure to file an amended complaint.
- ☐  3. Plaintiff's/Petitioner's failure to file a status report.
- ☒  4. Plaintiff's/Petitioner's failure to comply with the attached order (order attached).

If Plaintiff files the following on or before the above date, the Order to Show Cause will be discharged, and no additional action need be taken.

- ☐  a. Proof of service of the summons and complaint
- ☐  b. Amended complaint
- ☐  c. Status report
- ☒  d. Response to the Court's attached order
- ☒  e. Notice of voluntary dismissal (form attached)

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* C.D. Cal. L.R. 41-1.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:24-cv--04999-CBM-MAA**                                      Date: **September 18, 2025**

Title   **Roderick Washington v. Alex Villanueva, et al.**

    It is so ordered.

<u>Attachments</u>
Form Notice of Dismissal
Order Regarding Service of Defendants (ECF No. 27)